IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03173-BNB

THERESA L. DOWLING,

    Plaintiff,

v.

XCEL ENERGY,

    Defendant.

ORDER ASSIGNING CASE

After review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, this case is being assigned to District Judge Robert E. Blackburn, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Kathleen M. Tafoya.  *See* D.C.COLO.LCivR 8.2D.  Accordingly, it is

ORDERED that this case shall be assigned to District Judge Robert E. Blackburn, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kathleen M. Tafoya.

DATED December 14, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge