IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03173-REB-MEH

THERESA L. DOWLING,

    Plaintiff,

v.

XCEL ENERGY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 2, 2012.**

    Before the Court is Defendant's Motion for Entry of a Protective Order Concerning Confidential Information [filed April 19, 2012; docket #32]. Because Plaintiff allegedly opposed the entry of a protective order, the Court ordered her to file a response to the motion on or before April 27, 2012, explaining why the proposed Protective Order would not be appropriate in this case. Plaintiff filed no response. Because the Court finds that the proposed Protective Order complies with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), Defendant's motion is **granted**. The proposed Protective Order is accepted, issued and filed contemporaneously with this minute order.