IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03173-REB-MEH

THERESA L. DOWLING,

    Plaintiff,

v.

XCEL ENERGY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 11, 2012.**

    Pending before the Court is Defendant's Motion for Leave to Notice Plaintiff Theresa Dowling's Deposition at the Alfred A. Arraj United States Courthouse on September 25, 2012 at 10:00 a.m. [filed September 10, 2012; docket #49].  The Court is satisfied with Defendant's effort to obtain Plaintiff's position on the relief requested prior to filing the present motion.  *See* docket #49-1.  Pursuant to D.C. Colo. LCivR 7.1C, the Court decides the motion without a response from Plaintiff.

    Upon review of the record and in consideration of Defendant's difficulties in communicating with Plaintiff throughout this litigation, the Court finds that permitting Defendant to depose Plaintiff at the Courthouse serves the interests of both parties.  Therefore, pursuant to D.C. Colo. LCivR 30.3A, Defendant's motion is **granted**.  Defendant may notice the videotaped deposition of Plaintiff at the Alfred A. Arraj Courthouse on **September 25, 2012**, at **10:00 a.m.**